UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN, | No. 2:18-cv-0942 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, STOCKTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants were negligent for failing to use waist restraints instead of regular handcuffs. Presently before the court is plaintiff's notice stating he wishes to dismiss this action and requesting that the court recall payment of the filing fee. (ECF No. 8.) For the reasons set forth below the court will direct plaintiff to file an amended complaint or dismiss this action.

By order dated December 6, 2018, the court screened and dismissed plaintiff's complaint for failure to state a claim. (ECF No. 5.) Plaintiff was directed to file an amended complaint within thirty days. Plaintiff has now filed a notice indicating he wishes to dismiss this action because he has already combined this case with Franklin v. CHCF Stockton Medical Director,

////

1

No. 2:18-cv-0943 MCE KJN.  He states there is no need for this case and he should not be charged twice for the same case.

Under the Prison Litigation Reform Act ("PLRA") when a litigant, such as plaintiff, files a federal civil rights action, he remains liable for the full payment of the filing fee regardless of the outcome of the action.  See 28 U.S.C. § 1915(b)(1)&(2); Antonetti v. Foster, No. 3:14-cv-495-JAD-VPC, 2015 WL 6437399, at *3  (D. Nev. Oct. 22, 2015) ("Plaintiff will . . . be required to make monthly payments toward the full $350 filing fee when he has funds available, even though this case is being dismissed."); Turner v. San Diego County, No. 14cv1965 LAB (WVG), 2014 WL 5800595, at *1 (S.D. Cal. Nov. 7, 2014) (same); Mercier v. FBI, No. CV07-281-S-EJL, 2008 WL 360843, at *2 (D. Id. Feb. 8, 2008) (same); see also Purkey v. Green, 28 Fed. Appx. 736, 746 (10th Cir. 2001) ("Section 1915(b) does not waive the filing fee, however, nor does it condition payment of the filing fee on success on the merits . . . Notwithstanding the district court's dismissal of plaintiff's action, he is still required to pay the full filing fee to the district court."); In re Alea, 286 F.3d 378 (6th Cir. 2002) (dismissal of an action does not obviate the prisoner's obligation to pay the full filing fee); McGore v. Wrigglesworth, 114 F.3d 601, 607 (6th Cir. 1997) ("Section 1915(b)(1) compels payment of the respective fees at the moment the complaint or notice of appeal is filed.  Any subsequent dismissal of the case does not negate this financial responsibility.") (internal citation omitted)), overruled on other grounds by Jones v. Bock, 549 U.S. 199 (2007).

Under 28 U.S.C. § 1915(b), "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1) (emphasis added).  Thus, the court is required to assess an initial partial filing fee and collect subsequent payments on an incremental basis "until the filing fees are paid." 28 U.S.C. §19195(b)(1), (2).  While § 1915 allows a litigant to commence a civil action without prepaying the fees, the litigant is still responsible for paying the full amount of the filing fee. "Even a voluntary dismissal of a complaint or an appeal does not eliminate a prisoner's obligation to pay the required filing fees." McGore, 114 F.3d at 607.

////

Plaintiff will be required to pay the filing fee even if he voluntarily dismisses this action. Accordingly, he will be given the option to file an amended complaint or file a notice of dismissal.

IT IS HEREBY ORDERED that within thirty days of service of this order plaintiff shall file either an amended complaint that complies with the court's order dated December 6, 2018 (ECF No. 5) or a notice of voluntary dismissal. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 23, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/fran0942.ifp.dism