UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALOYSIUS P. FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH CARE FACILITY, STOCKTON, et al.,<br><br>Defendants. | No. 2:18-cv-0942 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated January 23, 2019, plaintiff was directed to file an amended complaint or a notice of voluntary dismissal. (ECF No. 9.) Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

Dated: February 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/fran0942.36amc